PS 8

(Rev 5/10)

Filed by the Clerk

## UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Papa Faal          Docket No. 0864 0:15CR00028-001(RHK)

### Petition for Action on Conditions of Pretrial Release

COMES NOW Brian O. Drewry, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Papa Faal** who was placed under pretrial supervision by the Honorable Richard H. Kyle, sitting in the Court at St. Paul on the 17th day of February, 2015, under the following special conditions:

- Pretrial Services Supervision
- Continue or Actively Seek Employment Without Internet Access
- Employment Restriction
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Location Monitoring Program-Home Detention
- Computer and Internet Restrictions
- Alcohol Abstinence
- Report Change of Address
- Search/Seizure
- Financial Disclosure

On October 19, 2015, Your Honor modified the defendant's pretrial conditions of release by removing the computer restriction and the location monitoring conditions. The defendant was permitted to have a computer but was not allowed to access the internet.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

> The defendant shall not have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office.

On December 8, 2015, during an unannounced home visit, the defendant was found to be in possession of a laptop computer. The internet was enabled and had been recently accessed.

Petition for Action on Conditions of Pretrial Release          RE: Papa Faal
Page 2

PRAYING THAT THE COURT WILL ORDER:

That the conditions of pretrial release be modified to include:

> The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U.S. Probation and Pretrial Services Office.

The probation officer has discussed the proposed modification with the Government and defense counsel who offered no objection.

|  |  |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this __22nd__ day of __December__, 2015, and ordered filed and made a part of the records in the above case. | s/ Brian O. Drewry<br>Brian O. Drewry<br>United States Probation Officer<br>(612) 664-5441 |
| s/Richard H. Kyle<br>Richard H. Kyle<br>Senior U.S. District Judge | Executed on   December 21, 2015<br>Place              Minneapolis<br><br>Approved:<br><br>s/ John G. Baskfield<br>John G. Baskfield<br>Supervising U.S. Probation Officer |