# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 15-35(1) RHK/HB |
| Plaintiff, | |
| v. | |
| Cherno Njie, | **ORDER** |
| Defendant. | |
| and | |
| United States of America, | Criminal No. 15-28 RHK |
| Plaintiff, | |
| v. | |
| Papa Faal, | |
| Defendant. | |

---

The above matters are before the Court upon the May 31, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau;   There are no objections to the Report and Recommendation.

Based on the Report and Recommendation of the Magistrate Judge, all of the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. Nos. 94 and 208) is **ADOPTED**;

2. The Special Conditions (e) (computer access and supervision), (g) (financial

supervision), (h) (material reflection extremist views), and (j) (polygraph testing) are

**STRICKEN**;

      3.   The supervised release terms are commuted, such that they will expire in six months, provided that there are no supervision violations in the interim.

Dated:   June 12, 2017

                                         s/ Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge